UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRETCHEN MOLOTKY,

    Plaintiff,

v.

BRUCE CAPEL, et al.,

    Defendants.

_____/

Case No. 1:17-cv-523

HON. JANET T. NEFF

## ORDER

This is a civil action. Defendants Deutsche Bank National Trust Co., as Trustee in Trust for the Benefit of the Certificate Holders for Argent Securities, Inc. Asset-Back Pass Through Certificates Series 2006-W1, and Argent Securities, Inc. Asset-Back Pass Through Certificates Series 2006-W1 filed a Motion to Dismiss (ECF No. 9). Plaintiff filed a Motion for Default Judgment (ECF No. 12). Defendant Bruce Capel filed a Motion to Dismiss (ECF No. 16). These matters were referred to the Magistrate Judge, who issued a Report and Recommendation on January 2, 2018, recommending that Plaintiff's motion be denied and Defendants' motions both be granted. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 12) is DENIED.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 9, 16) are GRANTED.


Dated: January 24, 2018  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge