UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRETCHEN MOLOTKY,

    Plaintiff,

v.

BRUCE CAPEL, et al.,

    Defendants.
_____/

Case No. 1:17-cv-523

HON. JANET T. NEFF

## **ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 21, 2018, recommending that Plaintiff's claims against Defendant Argent Mortgage Company, LLC be dismissed without prejudice for failure to timely effect service and that this matter be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court. Plaintiff's claims against Defendant Argent Mortgage Company, LLC are DISMISSED without prejudice.

A Judgment will issue.

Dated: July 11, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge